| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gerald Wolfe, Esq. #180599<br>Law Office of Gerald Wolfe<br>6B Liberty, Suite 210, Aliso Viejo  CA  92656<br>(949)257-0961, fax (949)878-4840<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant MARK AND LYDIA CHAVARRIA* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>*MARK AND LYDIA CHAVARRIA*<br><br><br>                                  Debtor(s). | CHAPTER: 13<br><br>CASE NO.:6:09-bk-30556-PC<br><br>DATE: 9/3/2009<br>TIME: 9:30 AM<br>CTRM: 304<br>FLOOR: 3 |
|---|---|

## ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY
**(MOVANT:** *MARK AND LYDIA CHAVARRIA* **)**

1. The Motion was:   ☐ Contested     ☐ Uncontested     ☐ Settled by Stipulation

2. The Motion affects the following personal property ("Property"):

   ☐ Vehicle *(describe year, manufacturer, type and model)*:

       *Vehicle Identification Number:*
       *Location of vehicle (if known):*

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:

       *Serial numbers(s):*
       *Location (if known):*

   ☐ Other Personal Property *(describe type, identifying information, and location)*:

   ☒ Real Property:
   Street Address: 4057 Pedley Ave
   Apt/Suite No.:
   City, State, Zip Code:Norco, CA 92860

   Legal description or document recording number (including county of recording):

   ☐ See attached page.

3. The Motion is granted on the grounds that:

   a. ☐ The present case was filed in good faith.

   b. ☐ The Property is of consequential value or benefit to the estate.

   c. ☐ The presumption of bad faith under 11 U.S.C.§362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

*Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                               F 4001-10.IS

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 2 of 10*    F 4001-10.IS

| In re:<br>*AMADO C. SALINAS II and JANET D. SALINAS*<br><br>Debtor. | CHAPTER<br><br>CASE NUMBER |
|---|---|

4.                                                                                                                                                                                      The stay of 11 U.S.C. § 362(a) is

    a.     ☐ Imposed *as to all creditors* until further order of the court.

    b.     ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

    c.     ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

    d.     ☐ Continued *as to all creditors* until further order of the court.

    e.     ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

    f.     ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5.     ☐ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

6.     ☐ See attached continuation page for additional provisions.


Dated:


_____
UNITED STATES BANKRUPTCY JUDGE

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                            F 4001-10.IS

| In re:<br>*MARK AND LYDIA CHAVARRIA*<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER 6:09-bk-30556-PC |
|---|---|

# ADEQUATE PROTECTION ATTACHMENT
### (MOVANT: _MARK AND LYDIA CHAVARRIA_ )

*(This Attachment is the continuation page for Paragraph 5 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Movant tendered payments at the hearing in the amount of $_____.

2. ☐ The Movant shall make regular monthly payments in the amount of $_____ commencing _____.
All payments due Secured Creditor/Lessor hereunder shall be paid to the following address:

   _____
   _____
   _____
   _____

3. ☐ The Movant shall cure the postpetition default computed through _____ in the sum of $_____ as follows:

   a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____,

   b. ☐ By paying the sum of $_____ on or before _____,

   c. ☐ By paying the sum of $_____ on or before _____,

   d. ☐ By paying the sum of $_____ on or before _____,

   e. ☐ Other:

4. ☐ The Movant shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ Upon any default in the foregoing terms and conditions, Secured Creditor/Lessor shall serve written notice of default to Movant, and any attorney for Movant. If Movant fails to cure the default within 10 calendar days after mailing of such written notice:

   a. ☐ The stay shall automatically terminate without further notice, hearing or order.

   b. ☐ Secured Creditor/Lessor may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

   c. ☐ The Secured Creditor/Lessor may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

   d. ☐ The Secured Creditor/Lessor may move for relief from the stay on regular notice.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    F 4001-10.IS

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 4 of 10*　　**F 4001-10.IS**

| In re:<br>*MARK AND LYDIA CHAVARRIA*<br><br>　　　　　　　　　　　　　　　　　　　　　　Debtor. | CHAPTER 13<br><br>CASE NUMBER 6:09-bk-30556-PC |
|---|---|

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 4001-10.IS**

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 5 of 10*    F 4001-10.IS

| In re:<br>*MARK AND LYDIA CHAVARRIA*<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER 6:09-bk-30556-PC |
|---|---|

6. ☐ Notwithstanding anything contained herein to the contrary, the Movant shall be entitled to a maximum of _____ (number) notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Movant has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Secured Creditor/Lessor shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Secured Creditor/Lessor shall be entitled, without first serving a notice of default and providing the Movant with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Movant's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

7. ☐ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Secured Creditor/Lessor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

8. ☐ If Secured Creditor/Lessor obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 10-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

9. ☐ Secured Creditor/Lessor may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

10. ☐ Other (specify):

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    F 4001-10.IS

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 6 of 10*    **F 4001-10.IS**

| In re:<br>*MARK AND LYDIA CHAVARRIA*<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER 6:09-bk-30556-PC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

6B Liberty, Suite 210
Aliso Viejo, CA 92656

A true and correct copy of the foregoing document described [Proposed] Order Granting Motion for Order Imposing Automatic Stay will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9/2/2009_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Polk, Prober & Raphael, PO Box 4365, Woodland Hills, CA 91365-4365 ( fax # 818-227-0637)
    [Attorneys for Kondaur Capital Corporation through First Franklin Financial Services]
Kondaur Capital Corporation, 1100 W. Town & Country #1600, Orange, CA 92868 (fax # 714-794-1906)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/02/09 | Gerald Wolfe | /s/ Gerald Wolfe |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-10.IS**

Proposed Order    Page 7 of 10

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 7 of 10*    **F 4001-10.IS**

| In re:<br>*MARK AND LYDIA CHAVARRIA*<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER 6:09-bk-30556-PC |
|---|---|

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-10.IS**

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 8 of 10*   **F 4001-10.IS**

| In re:<br>*MARK AND LYDIA CHAVARRIA*<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER 6:09-bk-30556-PC |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 4001-10.IS**

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 9 of 10*    **F 4001-10.IS**

| In re:<br>*MARK AND LYDIA CHAVARRIA*<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER 6:09-bk-30556-PC |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____
_____
was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____ , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-10.IS**

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 10 of 10*    **F 4001-10.IS**

| In re: <br> *MARK AND LYDIA CHAVARRIA* <br> Debtor. | CHAPTER 13 <br><br> CASE NUMBER 6:09-bk-30556-PC |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-10.IS**