```
 1  GERALD WOLFE (SBN 180599)
    6B LIBERTY, SUITE 210
 2  ALISO VIEJO, CALIFORNIA 92656
    TELEPHONE (949)257-0961
 3  FACSIMILE (949)878-4840

 4  ATTORNEY FOR DEBTORS
    MARK CHAVARRIA
 5  LYDIA CHAVARRIA,
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| IN RE<br><br>MARK CHAVARRIA<br>LYDIA CHAVARRIA,<br><br>    Debtors, | CASE NO. 6:09-bk-30556-PC<br><br>CHAPTER: 13<br>JUDGE: PETER CARROLL<br><br>**DEBTOR'S APPLICATION FOR ORDER SHORTENING TIME ON MOTION FOR ORDER IMPOSING AUTOMATIC STAY; DECLARATION OF GERALD WOLFE; [PROPOSED] ORDER**<br><br>DATE:<br>TIME:<br>COURTROOM: 304 |

**TO: KONDAUR CAPITAL CORPORATION, THE HONORABLE PETER CARROLL, UNITED STATES BANKRUPTCY TRUSTEE AND CHAPTER 13 TRUSTEE:**

    COMES NOW, MARK CHAVARRIA and LYDIA CHAVARRIA, Debtors, by and through their attorney of record, Gerald Wolfe, respectfully requests this Honorable Court issue an order shortening time to hear and rule on the Motion For Order of Imposing Automatic Stay as described below.

DEBTOR'S APPLICATION FOR ORDER SHORTENING TIME - 1

Debtors request that the Court hear its Motion as soon as the Court's calendar permits. This Application is made on the grounds that hearing the Motion on a regular briefing schedule will cause Debtors substantial harm since the Debtor's primary residence is without protection from the automatic stay, due to no fault of the debtors, and can be foreclosed at any time causing irreparable harm to Debtors. Therefore, time is of the essence.

This Application is based upon the attached papers, the Declaration of Mark Chavarria and the Declaration of Gerald Wolfe in Support of Debtors Application for Order Shortening Time for Motion for Order Imposing Automatic Stay filed concurrently herewith, the complete files and records in this action, and any oral argument with regard to this Application.

Debtors therefore respectfully request that this Court grant its Application for an Order Shortening Time.

DATE: September 2, 2009

```
                    _____/s/ Gerald Wolfe_____
                    GERALD WOLFE
                    Attorney for Debtors
                    MARK CHAVARRIA
                    LYDIA CHAVARRIA
```

**Declaration of Gerald Wolfe**

1. I am an attorney for Debtors in this action.
2. It is necessary that the hearing on the attached motion for Order Imposing Automatic Stay take place, and the order issue immediately thereafter for the following reasons:
   A) Debtor's primary residence is without protection from the automatic stay, due to no fault of the debtors, and can be foreclosed at any time causing irreparable harm to Debtors.
   B) The primary residence is necessary for a successful reorganization as it is the primary reason for the Debtors entering into a chapter 13 bankruptcy.
   C) The prior bankruptcy case was dismissed through no fault of the debtors.
   D) The prior bankruptcy case was dismissed without prejudice.
   E) The case was dismissed, partly because Debtors' prior counsel, Christian Dillon is no longer entitled to practice law. See attached information from the California State Bar website attached as Exhibit "A" to this Application.
   F) It is Kondaur Capital Corporation's intention to foreclose on Debtor's principal residence on September 8, 2009 at 9:00 am. I confirmed by calling First American Loanstar (the trustee for the lender Kondaur Capital Corporation) and obtaining this information on their automated system on August 31, 2009 as well as it is evidenced by the enclosed information obtained from Kondaur Capital's trustee, First American Loanstar's website attached as Exhibit "B".
3. I have notified secured creditor Kondaur Capital Corporation as well as Polk, Prober and Raphael, counsel for Kondaur

Capital, that this application would be presented at this time and place by faxing a copy of this Application, Proposed Order, and the underlying Notice of Motion and Motion For Order Imposing Automatic Stay, and its Proposed Order to the following:

Counsel for Secured Creditor
    Dean Prober, Esq.
    Polk, Prober & Raphael
    Fax Number – 818-227-0637

Secured Creditor
    Kondaur Capital Corporation
    Fax Number – 714-734-1906

I caused to be faxed the above named documents at approximately 6:00 pm on September 3, 2009 .

Further, I have caused to be served counsel for Kondaur Capital via regular U.S. Mail as well on September 3, 2009.

The US Trustee was served via U.S. Mail with the above named documents at the time of filing.

A judge's copy was caused to be served on September 4, 2009 to Judge's Chambers.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   DATE:   September 3, 2009

                                  _____/s/ Gerald Wolfe_____

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:


☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Gerald Wolfe
_____  _____
*Date*                            *Type Name*                                    *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                      **F 9013-3.1**

EXHIBIT "A"

# Christian Michael Dillon - #89376

## Current Status: Not eligible to practice law (Not Entitled)

See below for more details.

## Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 89376 | | |
| **Address** | 34118 Pacific Coast Hwy #5<br>Dana Point, CA 92629 | **Phone Number** | (949) 496-3933 |
| | | **Fax Number** | (949) 493-0178 |
| | | **e-mail** | C@dillonlaw.occoxmail.com |
| **District** | District 8 | **Undergraduate School** | No Information Available; |
| **County** | Orange | **Law School** | Western State Univ; CA |
| **Sections** | None | | |

## Status History

| Effective Date | Status Change |
|---|---|
| *Present* | Not Eligible To Practice Law |
| 8/4/2009 | Not Eligible To Practice Law |
| 11/29/1979 | Admitted to The State Bar of California |

Explanation of member status

## Actions Affecting Eligibility to Practice Law

| Effective Date | Description | Case Number | Resulting Status |
|---|---|---|---|
| **Disciplinary and Related Actions** | | | |
| 8/4/2009 | Vol.inactive(tender of resign.w/charges) | 09-Q-14141 | Not Eligible To Practice Law |
| 6/7/2005 | Public reproval with/duties | 03-C-2050 | |
| 2/13/1987 | Discipline, probation; no actual susp. | | |

**Administrative Actions**

This member has no public record of administrative actions.

Copies of official attorney discipline records are available upon request.

[Explanation of common actions]

## State Bar Court Cases

**NOTE:** *The State Bar Court began posting public discipline* documents *online in 2005. The format and pagination of documents posted on this site may vary from the originals in the case file as a result of their translation from the original format into Word and PDF. Copies of additional related documents in a case are* available upon request. *Only* Opinions designated for publication *in the* State Bar Court Reporter *may be cited or relied on as precedent in State Bar Court proceedings.*

| Effective Date | Case Number | Description |
|---|---|---|
| 6/7/2006 | 03-C-02050 | Amended Decision [PDF] |
| 6/7/2005 | 03-C-02050 | Decision [PDF] |
| 6/7/2005 | 03-C-02050 | Decision [PDF] |

Start New Search >

EXHIBIT "B"




Print this Page

# Foreclosure Sale Detail

Return to Results Page

Add Property to List

**TS #:** 20089017102618

**Property Address:**
4057 PEDLEY AVE, NORCO, CA 92860, RIVERSIDE

**Foreclosure Sales Information:**

Sale Date: 9/8/2009
Sale Time: 9:00 AM
Status: Publication
Post and Pub Vendor: 619-590-1221
Location: AT THE SIXTH ST. ENTRANCE TO THE CORONA CIVIC CENTER BUILDING, 815 W. SIXTH ST., CORONA, CA

**Property Map:**



Map data ©2009 Tele Atlas - Terms of Use

<< Previous   /   Next >>

Return to Results Page

LoanStar Trustee Services
Understanding Foreclosure
Avoiding Foreclosure
Foreclosure Sales
My Property List
Borrower Login
FAQ's
About Us
Contact Us
